DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
JASON S. HAUER (SBN 252068)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street, Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
*Email:* gwinter@mastagni.com

Attorneys for Plaintiff DAVID WOZNIAK

**UNITED STATES DISTCRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WOZNIAK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, a municipal corporation; CHRISTINA CORPUS, individually and in her official capacity; VICTOR AENLLE, individually and in his official capacity; and DOES through 100 inclusive,<br><br>Defendants. | Case No. 24-cv-04023-MMC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Trial Date: June 8, 2026<br>Time: 9:00 a.m.<br>Location: Courtroom 7<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>THE HONORABLE MAXINE M. CHESNEY |

/ / /

/ / /

/ / /

**NOTICE OF CONDITIONAL SETTLEMENT**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: the Parties have agreed to settle the above-captioned matter, subject to certain terms already agreed upon, and upon completion of additional terms and conditions to be specified in a written settlement agreement, which the parties are currently finalizing. The parties will file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) when the settlement agreement is executed and the terms therein are satisfied, which Plaintiff anticipates will take place not later than 60 days from the date of this filing.

Dated: May 20, 2026

**MASTAGNI HOLSTEDT, A.P.C.**

By: /s/ *Grant A. Winter*
GRANT A. WINTER
Attorney for Plaintiff