United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WOZNIAK,<br>Plaintiff,<br>v.<br>COUNTY OF SAN MATEO, et al.,<br>Defendants. | Case No. 24-cv-04023-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: May 20, 2026

MAXINE M. CHESNEY
United States District Judge

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.